UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TORIANO DECORYELL GRANT,
    Petitioner,

vs.                               Case No.:  5:20cv108/RV/EMT

MARK INCH,
    Respondent.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on February 2, 2021 (ECF No. 19).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 19) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (ECF No. 11) is **GRANTED**; and the petition for writ of habeas corpus (ECF No. 1) is **DISMISSED with prejudice as untimely**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 15th day of March 2021.


      /s Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**